# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

SEP 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Cynthia Denise Lewis ) | 1:12-cr-00263-LJO-SKO-1 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Cynthia Denise Lewis_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following conditions: **The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer. Additionally, you shall pay for all or part of the costs of said program as determined by the pretrial services officer.**

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____      9/10/12          _Jacob Scott for_          9/10/12
Signature of Defendant               Date              Pretrial Services Officer    Date
Cynthia Lewis                                          Dan Stark

I have reviewed the conditions and concur that this modification is appropriate.

_____                                  9/19/12
Signature of Assistant United States Attorney                     Date
Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                  9-18-12
Signature of Defense Counsel                                      Date
Karen L. Lynch

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _____.

[ ] The above modification of conditions of release is *not* ordered.

_____                                  9/20/12
Signature of Judicial Officer                                     Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services